Abby J. Clark (State Bar No. 033456)
David G. Lubben (IL No. 6207729)
Richard A. Russo (IL No. 6279733)
DAVIS & CAMPBELL L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **ASARCO LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) No: CV19-4393-PHX-SRB |
| | ) |
| United Steel, Paper and Forestry, Rubber, | ) NOTICE OF FILING OF |
| Energy, Allied Industrial and Service Workers | ) FIRST AMENDED CLASS |
| International Union, AFL-CIO, CLC; | )  ACTION COMPLAINT |
| International Brotherhood of Electrical Workers, | ) FOR DECLARATORY |
| Locals 518, 570, AND 602; International | ) JUDGMENT |
| Association of Machinists and Aerospace Workers, | ) |
| Local 519; International Brotherhood of | ) |
| Boilermakers, Iron Shipbuilders, Blacksmith, | ) |
| Forgers and Helpers, Local 627; International | ) |
| Brotherhood of Teamsters, Chauffeurs, | ) |
| Warehousemen, and Helpers of America, Local | ) |
| 104; International Union of Operating Engineers, | ) |
| Local 428; Millwrights and Machine Erectors, | ) |
| Local 1607; United Association of Journeymen | ) |
| and Apprentices of the Plumbing and Pipefitting | ) |
| Industry of the United States and Canada, | ) |
| Local 469; and Brenda Frazier, | ) |
| | ) |
| **Defendants.** | ) |

Attached hereto as Exhibit A is ASARCO LLC's ("ASARCO") Amended Complaint with exhibits, filed today with Defendants' written consent. Exhibit B is a copy of the Amended Complaint without exhibits in red-lined form that indicates in what respect it differs from the original Complaint filed by ASARCO while this case was

1

pending in the Northern District of Texas.

Also attached as Exhibits C and D are a Motion For Leave To File Amended Complaint and Memorandum in Support filed by ASARCO in Northern District of Texas. On June 7, 2019, this Court ordered that any motions pending before the Northern District of Texas, responses and replies must be refiled and courtesy copies sent to chambers. (Dkt. #59) ASARCO attaches Exhibits C and D in compliance with this Order. ASARCO further provides notice that it is withdrawing the Motion for Leave To File Amended Complaint previously filed in the Northern District of Texas.

The changes in the Amended Complaint include substitution of new individual named Defendants as Class Representatives (Tony M. Meza, Charles M. Estrada, and Celestino W. Flores, all of whom are named Plaintiffs in the *Contreras* Lawsuit) and the deletion of Defendant Brenda Frazier as named Class Representative, the removal of factual allegations relating to the propriety of venue in the Northern District of Texas, and updates to the date for implementation of the changes to retiree medical and prescription drug benefits to reflect ASARCO's decision to implement these changes on or about January 1, 2020. In the Amended Complaint, ASARCO also corrects the identification of Millwright Local 1914 to Millwright Local 1607 as successor in interest to Local 1914.

DATE:  July 2, 2019                                         ASARCO LLC

                                                           By:  s/David G. Lubben

Abby J. Clark
State Bar No 033456
Richard A. Russo
Illinois State Bar No. 6729733
David G. Lubben
Illinois State Bar No. 6207729
Davis & Campbell L.L.C
401 Main Street, Suite 1600
Peoria, IL 61602
Tele: (309) 673-1681
Fax:  (309) 673-1690
rarusso@dcamplaw.com
dglubben@dcamplaw.com

*Counsel for Plaintiff ASARCO LLC*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the foregoing document was filed with this Court and all parties entitled to receive notice via the Court's CM/ECF system on this 2nd day of July, 2019.

Joseph Gillespie
Gillespie & Sanford LLP
joe@gillespiesanford.com

Pamina Ewing
Joel R. Hurt
Ruairi McDonnell
pewing@fdpklaw.com
jhurt@fdpklaw.com
rmcdonnell@fdpklaw.com

Stanley Lubin
Nicholas J. Enoch
Lubin & Enoch, P.C.
stan@lubinandenoch.com
nick@lubinandenoch.com

Desmond Chaehun lee
dlee@deconsel.com

                                                                s/ David G. Lubben
                                                                 David G. Lubben